IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3012 |
| vs. | |
| DAVID E. DOLL, | ORDER |
| Defendant. | |

After conferring with defense counsel and without objection by the government,

IT IS ORDERED:

1) Defendant's oral motion to continue the status conference, (Filing No. 15), is granted.

2) A status conference will be held before the undersigned magistrate judge at 9:30 a.m. on June 18, 2019 by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 11), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

3) The Court further finds that the time between today's date and June 18, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

April 16, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge