IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DAVID E. DOLL,<br><br>            Defendant. | 4:19CR3012<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The defendant's oral motion to set a pretrial motion deadline is granted.

2) Pretrial motions shall be filed by July 18, 2019.

3) The court finds that the time between today's date and July 18, 2019 is excluded in any computation of time under the Speedy Trial Act because this case remains "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

June 18, 2019.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge