IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )          4:19CR3012
                                   )
                Plaintiff,         )
                                   )          MEMORANDUM
        v.                         )          AND ORDER
                                   )
DAVID E. DOLL,                     )
                                   )
                Defendant.         )

This matter is before the court on the findings and recommendation filed by Magistrate Judge Cheryl R. Zwart on August 30, 2019 (Filing 25).

Judge Zwart recommends that Defendant's motion to dismiss (Filing 20) be denied in its entirety. No objections have been filed to the findings and recommendation, and the matter is now ripe for decision under 28 U.S.C. § 636(b)(1).

I find and conclude after de novo review that Judge Zwart has correctly found the facts and applied the law. Her findings and recommendation therefore will be adopted, and Defendant's motion will be denied in its entirety.

IT IS ORDERED:

1.    The magistrate judge's findings and recommendation (Filing 25) are adopted.

2.    Defendant's motion to dismiss (Filing 20) is denied in its entirety.

DATED this 17th day of September, 2019.

                                   BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   Senior United States District Judge