IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3012 |
| vs. | ORDER |
| DAVID E. DOLL, | |
| Defendant. | |

IT IS ORDERED that Defendant David E. Doll's Motion to Make Partial Payment of Restitution Prior to Sentencing (Filing no. 39) is granted. The Clerk is ordered to accept $50,000.00 from the Defendant as partial restitution.

Dated this 21st day of January, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge